IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DERRICK M. ALLEN, SR.,         )
                               )
            Plaintiff,         )
                               )
v.                             )        1:20CV1080
                               )
DURHAM COUNTY DETENTION        )
FACILITY, et al.,              )
                               )
            Defendants.        )
```

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 20, 2021, was served on the parties in this action. (Docs. 3, 4.) Plaintiff objected to the Recommendation. (Doc. 5.)*

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

---

* The objections assert that "employee [sic] of Durham County [D]etention [F]acility and Correct [C]are [S]olution fail[ed] to provide adequate health care" apparently in response to Plaintiff's alleged "request[] to have a root canal." (Doc. 5 at 1.) The Complaint contains no allegations regarding a root canal request (see generally Doc. 2) and the objections contain no factual allegations in support of Plaintiff's conclusory root-canal-related contention (see generally Doc. 5). Accordingly, any such claim fails.

IT IS THEREFORE ORDERED that the Complaint is dismissed.  A Judgment dismissing this action will be entered contemporaneously with this Order.

                                                   /s/   Thomas D. Schroeder
                                                   United States District Judge

August 11, 2021